**Note Changes Made by Court**

**Closed**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEORKESHIA CAMPBELL and KATHLEEN ESTES,<br><br>    Plaintiffs,<br><br>vs.<br><br>WILLIAM FUJIOKA, et al,<br><br>    Defendants. | CASE NO. CV11-10741 JFW (MLGx)<br>**FINAL JUDGMENT**<br>Complaint Filed: December 28, 2011<br>Trial Date: None Set<br>The Honorable John F. Walter |

Following the order granting the motion of Defendant Wyndham Vacation Resorts, Inc. to dismiss the First Amended Complaint on August 1, 2012 (Document 106), and the Order Dismissing Action With Prejudice for Failure to File a Second Amended Complaint on October 11, 2012 (Document 128), the Court hereby enters Judgment in favor of Defendant Wyndham Vacation Resorts, Inc. and against Plaintiffs, Georkeshia Campbell and Kathleen Estes.

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiffs shall take nothing by way of their First Amended Complaint against Defendant Wyndham Vacation Resorts, Inc.;

2. Defendant Wyndham Vacation Resorts, Inc. shall have judgment in its

TREDWAY, LUMSDAINE & DOYLE LLP
1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684

1 favor on Plaintiffs' entire action; and

2     3. Defendant Wyndham Vacation Resorts, Inc. shall be awarded taxable costs
3 against Plaintiffs.

4     **IT IS SO ORDERED**

6 DATED: January 14, 2013      _____
7                                      Honorable John F. Walter
                                     Judge of the U. S. District Court

TREDWAY, LUMSDAINE & DOYLE LLP
1920 Main Street, Suite 1000
Irvine, California 92614
(949) 756-0684