Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORKESHIA DENISE CAMPBELL, KATHLEEN ESTES,, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM FUJIOKA, LISA GARRET, TAMIKA MURRAY ESTES, BENJAMIN REID, WENDY WANTANBEE, UNITED STATES POSTAL SERVICES, ET AL, <br><br> Defendants. | CASE NO. 2:11-CV- 10741-JFW-MLG <br> Courtroom 16 <br><br> Complaint Filed: December 28, 2011 <br><br> Trial Date: None Set <br><br> **FINAL JUDGMENT** |

   Following the Order Dismissing Action With Prejudice for Failure to File a Second Amended Complaint on October 11, 2012 (Docket #128), the Court hereby enters Judgment in favor of Defendants County of Los Angeles (erroneously sued as the Department of Children and Family Services), Los Angeles County Sheriff's Department, Los Angeles County Assessors Office, Leticia Banuelos, Thomas Beggane, Denise Belon, Adrianna Cauchi, Akbar Chatman, Lisa Cruz, Yosvin Deleon, Deborah Dominguez, Monica Esqivel, William Fujioka, Gregory Todd Frum,

Cynthia Granillo, Marcia Johnson, Stephanie Johnson, Azar Kattan, Anthony Keller, Kent Kroeger, Wayne Lynch, Loreto Maldonado, Angelina Martinez, Rose Mayfield, Latanya Nelson, Laura Onofre, Yolanda Ramos, Carolyn Rhee, Lydia Rivera, Katherine Salcedo, Cameila Scott, Olabisi Suleodu, Bonita Thomas, Wendy Watanabe, Cheryl Ward, and against Plaintiffs, Georkeshia Campbell and Kathleen Estes.

**IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

    1. Plaintiffs shall take nothing by way of their First Amended Complaint against the above-mentioned County Parties and Defendants;

    2. The above-mentioned County Parties and Defendants shall have judgment in their favor on Plaintiffs' entire action; and

    3. The above-mentioned County Parties and Defendants shall be awarded taxable costs against Plaintiffs.

**IT IS SO ORDERED**

**DATED: March 27, 2013**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court

**SUBMITTED BY**:

DATE:　　March 22, 2013　　　　　　**GUTIERREZ, PRECIADO & HOUSE, LLP**


　　　　　　　　　　　　　　　　　　By:　/s/ Calvin R. House
　　　　　　　　　　　　　　　　　　　　Calvin R. House
　　　　　　　　　　　　　　　　　　　　Attorneys for County Parties and Defendants